IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Kimberly & Delmer Call**
  **Plaintiff,**

vs.                  Case No. **3:18-cv-00299**

**Webbank**
  **Defendant.**

## ORDER OF DISMISSAL

Kimberly & Delmer Call ("Plaintiffs") and Webbank, by their counsel, announce to the Court that all matters in controversy between Plaintiff and Defendant. have been fully compromised, agreed, and settled. The parties jointly move the Court to dismiss all claims against Webbank WITH PREJUDICE.

It appearing proper to do so, it is hereby **ORDERED** that all the claims by Plaintiff against Defendant, be and are, **DISMISSED**, with prejudice, as fully compromised, agreed, and settled. Furthermore, it is **ORDERED** that each party shall bear its own attorney fees and costs.

The Circuit Clerk is hereby **DIRECTED** to send certified copies of this Order to all counsel of record.

Entered this ___ day of _____, 2018.

                  _____
                  The Honorable Robert C. Chambers, Judge

**PREPARED BY:**

*/s/Benjamin M. Sheridan*_____
Benjamin M. Sheridan (WV Bar No. 11296)

KLEIN & SHERIDAN, LC
3566 Teays Valley Road
Hurricane, WV 25526
Phone: (304) 562-7111
Fax: (304) 562-7115


**AGREED TO BY:**


*/s/M. David Griffith, Jr.*
Bryant J. Spann (WV Bar No. 8628)
M. David Griffith, Jr. (WV Bar No. 7720)
Joseph K. Merical (WV Bar No. 11646)
THOMAS COMBS & SPANN, PLLC
P. O. Box 3824
Charleston, WV  25338-3824
Phone: (304) 414-1800
Fax: (304) 414-1801
dgriffith@tcspllc.com
    *Counsel for Defendant*