IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KIMBERLY & DELMAR CALL,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO.   3:18-0299

WEBBANK,

        Defendant.

## ORDER

The Court entered the parties' Proposed Order of Dismissal and this case was dismissed on October 5, 2018. Plaintiffs' filed another Proposed Order of Dismissal (ECF No. 28) on January 18, 2019, in error. For good cause shown, the Court **GRANTS** the Motion to Withdraw Plaintiffs' Proposed Order of Dismissal. ECF No. 28.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:　　　　January 22, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE